UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-9350-MWF(RAOx)**                                  Dated: **October 14, 2022**

Title:    Envirotech Vehicles, Inc. v. StarStone Specialty Insurance Company, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Rita Sanchez                                   None Present
   Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER**

   In light of the Notice of Settlement [23] filed October 11, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for December 12, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk   rs
CIVIL - GEN